JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON STEVEN LOVATO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RAYMOND MADDEN, Warden,<br><br>　　　　Respondent. | NO. CV 18-4217-JWH (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed with prejudice.

DATED: __July 26, 2021__　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOHN W. HOLCOMB
　　　　　　　　　　　　　　　　　　　United States District Judge